DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CEDRIC GIPSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-1123

[January 26, 2023]

Appeal of order denying rule 3.850 from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 17009361CF10A.

Cedric Gipson, South Bay, pro se.

Ashley Moody, Attorney General, Tallahassee, and Lindsay A. Warner, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, LEVINE and ARTAU, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***